**Eric B. Swartz, ISB #6396**
**JONES & SWARTZ PLLC**
**Landmark Legal Group™**
623 West Hays Street
Boise, ID  83702
Telephone:  (208) 489-8989
Facsimile:  (208) 489-8988
Email:  eric@jonesandswartzlaw.com

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KEVIN CHURCHMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL HOUSECHECK CORPORATION, a Delaware Corporation,<br><br>Defendant. | Case No. 1:20-cv-560-DCN<br><br>**MOTION FOR LEAVE OF COURT TO WITHDRAWAL AS COUNSEL FOR DEFENDANT NATIONAL HOUSECHECK CORPORATION** |

Pursuant to District Court Local Rule 83.6(c)(1), Eric Swartz and Jones & Swartz PLLC seeks leave of Court to withdraw as counsel of record for Defendant National HouseCheck Corporation.  Good cause exists for permitting counsel to withdraw, and withdrawing will not cause delay or prejudice the Plaintiff.

The good cause for Counsel's withdrawal includes lack of communication and/or cooperation by Defendant.  Such lack of communication and/or cooperation is frustrating counsel's ability to represent the Defendant while also fulfilling ethical obligations.  Additionally, Defendant has not complied with the terms of engagement of counsel.

A proposed order required by Rule 83.6(c)(1) is submitted herewith. Contemporaneously with the filing of this motion counsel will send this motion, along with a notice of the hearing on this motion to Defendants at their last known physical address:

National HouseCheck Corporation
950 West Bannock Street, Suite 1100
Boise, ID 83702

DATED this 31st day of August, 2021.

> JONES & SWARTZ PLLC
>
> By  */s/ Eric B. Swartz*
>   ERIC B. SWARTZ

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of August, 2021, a true and correct copy of the foregoing MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT NATIONAL HOUSECHECK CORPORATION was served on the following individual(s) by the method indicated:

| | |
|---|---|
| Vaughn Fisher | [ ] U.S. Mail |
| Christopher Brown | [ ] Fax: 208-514-1900 |
| FISHER HUDSON SHALLAT | [ ] Hand Delivery |
| 950 West Bannock Street | [ ] vaughn@fisherhudson.com |
| Suite 630 | chris@fisherhudson.com |
| Boise, ID 83702 | service@fisherhudson.com |
| | [X] ECF |

*/s/ Eric B. Swartz*
ERIC B. SWARTZ