**Eric B. Swartz, ISB #6396**
**JONES & SWARTZ** PLLC
**Landmark Legal Group**™
623 West Hays Street
Boise, ID  83702
Telephone:  (208) 489-8989
Facsimile:  (208) 489-8988
Email:  eric@jonesandswartzlaw.com

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KEVIN CHURCHMAN, an individual,<br><br>            Plaintiff,<br><br>vs.<br><br>NATIONAL HOUSECHECK<br>CORPORATION, a Delaware Corporation,<br><br>            Defendant. | Case No. 1:20-cv-560-DCN<br><br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE OF COURT TO WITHDRAWAL AS COUNSEL FOR DEFENDANT NATIONAL HOUSECHECK CORPORATION** |

Counsel for Defendant National HouseCheck Corporation having requested leave of Court to withdrawal as counsel of record herein having been presented and the Court finding good cause therefor, the Court hereby grants the requested leave of Court with withdrawal being effective upon proof of service of the withdrawal order on the client being filed with the Court.

The Court further orders Defendant National HouseCheck Corporation to appoint another attorney to appear no later than twenty-one (21) days after the filing of proof of service by the withdrawing attorney.  Defendant National HouseCheck Corporation is advised that failure to

appoint new counsel and have them appear in the action no later than twenty-one (21) days will be sufficient grounds for the entry of a default against Defendant National HouseCheck Corporation.

The Court further orders that upon entry of this order and the filing of proof of service on the client, no further proceedings can be had in the action which will affect the right of the party represented by the withdrawing attorney for a period of twenty-one (21) days.

IT IS SO ORDERED.

DATED:

_____

HONORABLE DAVID C. NYE

## CLERK'S CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____ a true and correct copy of the foregoing DOCUMENT was served on the following individual(s) by the method indicated:

Vaughn Fisher                                            [  ] U.S. Mail
Christopher Brown                            [  ] Fax: 208-514-1900
FISHER HUDSON SHALLAT           [  ] Hand Delivery
950 West Bannock Street                [  ] vaughn@fisherhudson.com
Suite 630                                          chris@fisherhudson.com
Boise, ID 83702                             service@fisherhudson.com
                                               [  ] ECF

Eric B. Swartz                                      [  ] U.S. Mail
JONES & SWARTZ PLLC               [  ] Fax: 208-489-8988
623 West Hays Street                   [  ] Hand Delivery
Boise, ID 83702                             [  ] icourt@jonesandswartzlaw.com
                                               [  ] ECF

_____
CLERK OF THE COURT

ORDER GRANTING MOTION FOR LEAVE OF COURT TO WITHDRAWAL AS COUNSEL FOR
DEFENDANT NATIONAL HOUSECHECK CORPORATION – 3