UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KEVIN CHURCHMAN, an individual,<br><br>    Plaintiff,<br>v.<br><br>NATIONAL HOUSECHECK CORPORATION, a Delaware Corporation,<br><br>    Defendant. | Case No. 1:20-cv-00560-DCN<br><br>**ORDER** |

This matter having come before the Court on the parties' Stipulation to Reschedule the Dispositive Motion Deadline ("Stipulation to Reschedule") (Dkt. 41), and good cause appearing therefore; IT IS HEREBY ORDERED that the dispositive motion deadline in the Scheduling Order (Dkt. 22) shall be amended to **April 8, 2022,** in accordance with the conditions and agreements agreed upon by the parties in their Stipulation to Reschedule.

As a result of the Stipulated Discovery Order between the parties (Dkt. 40), and good cause appearing, the Motion to Compel Discovery and Deposition and Statement Pursuant to Dist. Local Rule 37.1 ("Motion to Compel") (Dkt. 25) is DISMISSED.

**ORDER**

The Court HEREBY ORDERS:

1. The dispositive motion deadline is amended to April 8, 2022.

ORDER - 1

2. The parties shall complete discovery in the agreed-upon manner as described in the Stipulated Discovery Order (Dkt. 40) and the Stipulation to Reschedule (Dkt. 41).

3. The Motion to Compel (Dkt. 25) is DISMISSED.

DATED: March 2, 2022

David C. Nye
Chief U.S. District Court Judge