**EMILY A. MAC MASTER, ISB NO. 6449**
**MAC MASTER LAW PLLC**
300 W. Main Street, Suite 202
Boise, Idaho 83702
Telephone: (208) 608-2235
emacmaster07@gmail.com
*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KEVIN CHURCHMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL HOUSECHECK CORPORATION, a Delaware Corporation,<br><br>Defendant. | Case No. 1:20-CV-560-DCN<br><br>**STIPULATED MOTION FOR COURT APPROVAL OF SETTLEMENT AGREEMENT AND RETAINED JURISDICTION** |

COME NOW Plaintiff Kevin Churchman ("Plaintiff") and Defendant National HouseCheck Corporation ("Defendant), by and through their respective counsel of record in this action, and hereby stipulate and jointly move as follows:

1.  In this action, Plaintiff alleges four counts in the Amended Complaint and Demand for Jury Trial, on file at Docket No. 7 (the "Amended Complaint").

2.  In Count III of the Amended Complaint, Plaintiff alleges that pursuant to an alleged contract with Defendant, Plaintiff is due unpaid wages of $106,000 (based upon an alleged annual salary of $120,000 less $14,000 previously paid to and received by Plaintiff). In Count II of the Amended Complaint, Plaintiff alleges that he is due treble damages on these alleged unpaid wages of $106,000 pursuant to the Idaho Wage Claim Act ("IWCA"), at chapter 6, title 45 of the Idaho Code.

**STIPULATED MOTION FOR COURT APPROVAL OF SETTLEMENT AGREEMENT** - 1

3.      In the alternative, in Count I of the Amended Complaint, Plaintiff alleges that he is due minimum wages and liquidated damages pursuant to the Fair Labor Standards Act ("FLSA"), at 29 U.S.C. §§ 206 and 216(b), and in Count IV of the Amended Complaint he alleges a claim of unjust enrichment.

4.      After engaging in settlement discussions, Plaintiff and Defendant have reached agreement on terms for a confidential settlement of this action subject to the Court's approval because the settlement concerns, in part, alleged federal and state statutory claims for minimum wages and liquidated or treble damages.

5.      The parties have signed a Settlement Agreement pursuant to which, according to its terms, the parties have agreed to jointly move the Court to enter an order approving the Settlement Agreement as a fair and reasonable resolution of this action including Plaintiff's alleged claims for unpaid wages with liquidated damages under the FLSA or treble damages under the IWCA.

6.      Plaintiff and Defendant each independently represent to the Court that the Settlement Agreement constitutes a fair and reasonable settlement of this action including Plaintiff's alleged claims for unpaid wages with liquidated damages under the FLSA or treble damages under the IWCA.

7.      Each party is represented by counsel of record who is knowledgeable and experienced in federal and Idaho state wage laws. Each party has discussed with their respective counsel of record the terms of the Settlement Agreement including how its terms resolve the FLSA claims and IWCA claims alleged in, or that could have been alleged in, this action.

8.      The parties now desire to jointly present the Settlement Agreement to the Court, for the Court to review and determine that the terms for settlement therein are a fair and

reasonable resolution of all FLSA claims and IWCA claims in this action, and for a dismissal of the action, with prejudice, pursuant Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

9. The Settlement Agreement includes negotiated confidentiality requirements that prohibit its disclosure, and the parties' settlement contemplates filing the Settlement Agreement under seal because publicly filing it would render its provisions for confidentiality a nullity. Thus, the parties are jointly moving herewith to file the Settlement Agreement under seal.

10. Therefore, the parties jointly move the Court as follows:

   a. For the Court to review and approve the Settlement Agreement filed herewith under seal as a fair and reasonable resolution of this action inclusive of all statutory claims alleged for minimum wages, liquidated damages under the FLSA, and treble damages under the IWCA; and

   b. Upon the Court's approval of the Settlement Agreement the parties request for the Court to enter an order and judgment dismissing this action, with prejudice, and for the Court to retain ancillary jurisdiction over enforcement of the Settlement Agreement in accordance with *Kokkonen v. Guardian Life Ins. of America,* 511 U.S. 375, 114 S.Ct. 1673 (1994), until Defendant fully performs its duties under Paragraph 1 of the Settlement Agreement.

SO STIPULATED AND AGREED, and respectfully submitted this 27th day of May 2022.

FISHER HUDSON SHALLAT                               MACMASTER LAW PLLC

By: /s/ Vaughn Fisher                               By: /s/ Emily MacMaster
   VAUGHN FISHER                                       EMILY MAC MASTER
   *Counsel for Plaintiff*                             *Counsel for Defendant*

**STIPULATED MOTION FOR COURT APPROVAL OF SETTLEMENT AGREEMENT** - 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of May 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the following persons:

Vaughn Fisher
Christopher Brown
Fisher Hudson Shallot
950 West Bannock Street, Suite 630
Boise, ID 83702
*Attorneys for Plaintiff*

        /s/ Emily A. MacMaster
        Emily A. Mac Master